# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Chester C. Graham, | No. 20-cv-1575 (KMM/BRT) |
| Plaintiff, | **ORDER** |
| v. | |
| National Web Design LLC, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson, dated May 27, 2022. [ECF No. 21]. The R&R recommends that the Complaint be dismissed without prejudice for failure to prosecute. Plaintiff Chester C. Graham has not filed any objections to the R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

Accordingly, IT IS HEREBY ORDERED that the R&R [ECF No. 21] is **ACCEPTED**, and Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**Let Judgment Be Entered Accordingly.**

Date: **June 22, 2022**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge